IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mendez Jr, Edwin J

Printed: 10/30/07

Case Number: 07 B 01706
Judge: Squires, John H
Filed: 2/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: October 25, 2007
Confirmed:  March 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,840.00 |  |
| Secured: |  | 7,755.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 584.02 |
| Other Funds: |  | 0.00 |
| Totals: | 10,840.00 | 10,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 2,500.00 | 2,500.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 8,199.72 | 1,757.12 |
| 4. | Washington Mutual Home Loan | Secured | 42,879.67 | 4,922.86 |
| 5. | EMC Mortgage Corporation | Secured | 9,372.32 | 1,076.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 1,509.84 | 0.00 |
| 7. | Nuvell Credit Company LLC | Unsecured | 1,176.25 | 0.00 |
| 8. | Norwegian American Hospital | Unsecured |  | No Claim Filed |
| 9. | Cingular Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 65,637.80 | $ 10,255.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 11.07 |
| 5.4% | 572.95 |
|  | _____ |
|  | $ 584.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mendez Jr, Edwin J | Case Number:  07 B 01706 |
| | Judge:  Squires, John H |
| Printed:  10/30/07 | Filed:  2/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                           Marilyn O. Marshall, Trustee, by:

                                           *Denise Ashley*
                                           _____